UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-1070-PHX-DGC |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | ORDER |
| NATASHA FLORES, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal furnish NATASHA FLORES with transportation toMoultrie, Georgia, from Phoenix, Arizona, on April 24, 2006.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant with an amount of money for subsistence expenses not to exceed the amount authorized as a per diem allowance to travel under Title 5 U.S.C. § 5702(a).

This order for transportation expenses and subsistence funds is entered pursuant to Title 18 U.S.C. § 4285.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

DATED this 24th day of April, 2006.

_____
Edward C. Voss
United States Magistrate Judge